UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| TERESA CEDRECA EDWARDS, | ) | Case No. 16-41174-659 |
| | ) | Chief Judge Kathy A. Surratt-States |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |
| TERESA CEDRECA EDWARDS, | ) | **Adversary No. 16-4048-659** |
| | ) | |
| | ) | **PUBLISHED** |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| THE CITY OF FERGUSON, | ) | |
| A Municipal Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Upon consideration of the record as a whole, and consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** Defendant's Motion for Summary Judgment is **GRANTED** and the judgment on this Complaint is entered in favor of Defendant City of Ferguson and against Teresa Cedreca Edwards, Debtor; and

**IT IS FURTHER ORDERED THAT** Plaintiff's Motion for Summary Judgment is **DENIED**; and this is the final judgment and order of the Bankruptcy Court in this case.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED: November 7, 2018
St. Louis, Missouri

-2-

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Teresa Cedreca Edwards
2201 Woodson Road
St. Louis, MO 63114

Michael J. Watton
Watton Law Group
301 West Wisconsin Avenue
5th Floor
Milwaukee, WI 53203

The City of Ferguson
a municipal corporation
Ferguson City Hall
110 Church Street
Ferguson, MO 63135

Joel O. Christensen
Behr, McCarter & Potter, P.C.
7777 Bonhomme Avenue, Suite 1400
St. Louis, MO 63105